

816 Congress Avenue, Suite 1900
Austin, Texas 78701
512.322.5800 t
512.472.0532 f
lglawfirm.com

ACCEPTED
15-24-00084-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/21/2025 10:11 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/21/2025 10:11:12 AM
CHRISTOPHER A. PRINE
Clerk

Ms. Smith's Direct Line: (512) 322-5820
Email: gsmith@lglawfirm.com

January 21, 2025

***Via e-filing***

Mr. Christopher A. Prine, Clerk
Court of Appeals
Fifteenth District of Texas
300 W. 15th Street, Suite 607
Austin, Texas 78701

> Re:  Court of Appeals No.:  15-24-00084-CV
> Trial Court Case No.:  24-0267
>
> The State of Texas, by and through the Office of the Attorney General of Texas
> v. City of San Marcos; et. al.

Dear Mr. Prine:

I am in receipt of your letter dated December 23, 2024 advising that this case has been scheduled for oral argument before the Court on February 12, 2025, commencing at 9:00 a.m.  Please accept this letter as notice of my intention to argue the case on behalf of Appellees before the Court as scheduled.

In the interim, please let me know if I need to provide any additional information in regard to the upcoming oral argument.

Sincerely,

*/s/ Gabrielle C. Smith*
Gabrielle C. Smith

GCS/cad
cc:  All counsel of record (via efile)

Lloyd Gosselink Rochelle & Townsend, P.C.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Gabrielle Smith
Bar No. 24093172
cdaniels@lglawfirm.com
Envelope ID: 96421924
Filing Code Description: Letter
Filing Description: Letter to 15th COA from Gabrielle Smith re Oral Argument
Status as of 1/21/2025 10:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jose De La Fuente | 793605 | jdelafuente@lglawfirm.com | 1/21/2025 10:11:12 AM | SENT |
| James Parker | 24027591 | jparker@lglawfirm.com | 1/21/2025 10:11:12 AM | SENT |
| Johnathan Stone | 24071779 | Johnathan.Stone@oag.texas.gov | 1/21/2025 10:11:12 AM | SENT |
| Gabrielle Smith | 24093172 | gsmith@lglawfirm.com | 1/21/2025 10:11:12 AM | SENT |
| Barbara Quirk | 16436750 | bquirk@sanmarcostx.gov | 1/21/2025 10:11:12 AM | SENT |
| Sydney Sadler | 24117905 | ssadler@lglawfirm.com | 1/21/2025 10:11:12 AM | SENT |
| Jacob Przada | 24125371 | przadaj@utexas.edu | 1/21/2025 10:11:12 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/21/2025 10:11:12 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 1/21/2025 10:11:12 AM | SENT |